UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DANIEL AUGUST**                                                   CIVIL ACTION

**versus**                                                                    NO. 15-4444

**N. BURL CAIN**                                                    SECTION: "J"(1)

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE